1 | Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
2 | Orange, CA 92868
Phone (714) 621-0200
3 | Fax   (714) 621-0277

**FILED**
**FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

4 |            **United States Bankruptcy Court**
               **Central District of California**

6 |                                    ) Chapter 13
                                       )
7 | EULALIA OROZCO                     ) Case No.: 8:08-bk-12702-RK
                                       )
8 |                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                       ) (Bankruptcy Rule 3010)
9 |                                    )
                                       )
10|                                    )
                                       )
11|  _____

12|    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13|    Please find annexed hereto Check No. **300652** in the sum of **$ .01**

14| representing an unclaimed dividend in the above-entitled Debtor's estate.

15| Said sum is paid over to you pursuant to Bankruptcy Rule 3010. The name and

16| address of the party entitled to said unclaimed dividend is as follows:

17|    EULALIA OROZCO
       2449 DEERPARK DR.
18|    FULLERTON, CA 92835

20| Date: February 14, 2010          _____
                                      Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0812702 | EULALIA OROZCO ACCT: | XXX-XX-9617 Claim: 00000 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | 0.01 | 0.00 | 0.01 |

EULALIA OROZCO

BALANCE:               [0.00  13/00000]
SSN: XXX-XX-9617   SSN:
ACCT:                      CASE: 0812702
PRINCIPAL:     0.01   INTEREST:     0.00

---

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300652

Dec 24, 2009

VOID 90 DAYS FROM DATE

*********$0.01

**PAY**   Zero And 01/ 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300652⑈ ⑆061100790⑆ 000000575186 ⑈